1  
2  

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3  AMERICAN NAVIGATION SYSTEMS, INC.,     Case No. 3:14-cv-05297-JST

4             Plaintiff,

5  vs.                                    **[PROPOSED]** ORDER

6  APPLE INC

7             Defendant.

8

9        Pursuant to the Stipulation above, the captioned matter is hereby referred to:

10           ☐ Non-binding Arbitration
             ☐ Early Neutral Evaluation (ENE)
11           ☐ Mediation
     ✓       ☐ Private ADR
12
         Deadline for ADR session
13
             ☐ 90 days from date of this Order
14   ✓       ☐ 60 days after Markman Order

15   IT IS SO ORDERED:

16   Dated: February 24, 2015

17   _____
     UNITED STATES DISTRICT JUDGE
18
     IT IS SO ORDERED
     Judge Jon S. Tigar

28

STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS
Case No 3:14-cv-05297-JST

3562718v1/014122