1  KALPANA SRINIVASAN (S.B. #237460)      MAX L. TRIBBLE, JR. (Pro Hac Vice)
   SUSMAN GODFREY L.L.P.                   JOSEPH S. GRINSTEIN (Pro Hac Vice)
2  1901 Avenue of the Stars, Suite 950     SUSMAN GODFREY L.L.P.
   Los Angeles, California 90067-6029      1000 Louisiana, Suite 5100
3  Telephone: 310-789-3100                 Houston, Texas 77002
   Facsimile: 310-789-3150                 Telephone: 713-651-9366
4  ksrinivasan@susmangodfrey.com           Facsimile: 713-654-6666
                                           mtribble@susmangodfrey.com
5  BARRY BARNETT (Pro Hac Vice)            jgrinstein@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
6  901 Main Street, Suite 5100             PATRICK C. BAGEANT (Pro Hac Vice)
   Dallas, Texas 75202                     SUSMAN GODFREY L.L.P.
7  Telephone: 214-754-1900                 1201 Third Avenue, Suite 3800
   Facsimile: 214-754-1933                 Seattle, WA 98101-3000
8  bbarnett@susmangodfrey.com              Telephone: 206-516-3880
                                           Facsimile: 206-516-3883
9                                          pbageant@susmangodfrey.com

10 *Attorneys for Plaintiff*
   *AMERICAN NAVIGATION SYSTEMS, INC.*

11 *[Additional Counsel list on Signature*
   *Page]*

12

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16

17 AMERICAN NAVIGATION SYSTEMS,     Case No. 3:14-cv-05297-JST
   INC.,
18                                  **STIPULATION AND [PROPOSED]**
                                    **ORDER SUPPLEMENTING THE**
19          Plaintiff,              **JOINT CASE MANAGEMENT**
                                    **STATEMENT**
20      v.

21 SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA,
22 INC., and SAMSUNG
   TELECOMMUNICATIONS AMERICA,
23 LLC,

24          Defendants.

25

26

27

28

1    Pursuant to the Court's Order (D.I. 101), Plaintiff American Navigation Systems, Inc.

2    ("AmNav") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics

3    America, Inc. (collectively "Samsung")[1] hereby submit this stipulation and proposed order

4    supplementing the parties' Joint Case Management Statement (D.I. 91).

5    WHEREAS AmNav alleges that both Samsung and Apple Inc. ("Apple") infringe the

6    same patent, U.S. Patent No. 5,902,347 (the "'347 Patent"), in two cases captioned *American*

7    *Navigation Systems, Inc. v. Apple, Inc.*, 3:14-cv-05297-JST ("Apple-AmNav case") and

8    *American Navigation Systems, Inc. v. Samsung Electronics Co., Ltd., et. al.*, 3:14-cv-05298-

9    JST ("Samsung-AmNav case"); and

10   WHEREAS the Court has ordered the parties to file a statement by March 18, 2015,

11   informing the Court if they agree to have ten common terms construed in total for both the

12   AmNav-Samsung and AmNav-Apple cases (in compliance with the ten-term limit in the local

13   patent rules) or to set a telephonic case management conference for March 25, 2015 at 4:00

14   p.m. if the parties could not file the statement (D.I. 101).

15   IT IS HEREBY STIPULATED AND AGREED that, pursuant to the Court's order

16   (D.I. 101), the parties will construe a total of ten common claim terms (or less) of the '347

17   Patent across both the AmNav-Samsung and AmNav-Apple cases, that the parties will have a

18   single claim construction hearing for both cases, and that the March 25, 2015 telephonic case

19   management conference is vacated.[2]

20

21

22

23

24

25   [1] According to its Supplemental Corporate Disclosure Statement (D.I. 69), Samsung
     Telecommunications America LLC merged into Defendant Samsung Electronics America,
26   Inc. as of January 1, 2015, and no longer exists as a separate entity.

27   [2] Apple and AmNav are filing a substantively identical stipulation and proposed order in their
     case.

28

STIPULATION AND [~~PROPOSED~~]
ORDER SUPPLEMENTING THE JOINT
CASE MANAGEMENT STATEMENT
NO. 3:14-CV-05297-JST

1

2   Dated:    March 16, 2015                    Dated:    March 16, 2015

3
    By: __/s/ Barry Barnett_____              By: __/s/ Michael D. Jay_____
4
    KALPANA SRINIVASAN (S.B. #237460)          BOIES, SCHILLER & FLEXNER LLP
5   SUSMAN GODFREY L.L.P.                       Michael D. Jay (SBN 223827)
    1901 Avenue of the Stars, Suite 950         mjay@bsfllp.com
6   Los Angeles, California 90067-6029          Bill Ward (SBN 246472)
    Telephone: 310-789-3100                     bward@bsfllp.com
7   Facsimile: 310-789-3150                     401 Wilshire Blvd., Suite 850
    ksrinivasan@susmangodfrey.com               Santa Monica, CA 90401
8                                               Telephone:  (310) 752-2401
    BARRY BARNETT (Pro Hac Vice)                Facsimile:  (310) 752-2490
9   SUSMAN GODFREY L.L.P.
    901 Main Street, Suite 5100                 BOIES, SCHILLER & FLEXNER LLP
10  Dallas, Texas 75202                         William D. Marsillo (*Pro Hac Vice* to be
    Telephone: 214-754-1900                     filed)
11  Facsimile: 214-754-1933                     wmarsillo@bsfllp.com
    bbarnett@susmangodfrey.com                  333 Main Street
12                                              Armonk, NY 10504
    MAX L. TRIBBLE, JR. (Pro Hac Vice)          Telephone:  (914) 749-8200
13  JOSEPH S. GRINSTEIN (Pro Hac Vice)          Facsimile:  (914) 749-8300
    SUSMAN GODFREY L.L.P.
14  1000 Louisiana, Suite 5100                  *Attorneys for Defendant*
    Houston, Texas 77002                        APPLE INC.
15  Telephone: 713-651-9366
    Facsimile: 713-654-6666
16  mtribble@susmangodfrey.com
    jgrinstein@susmangodfrey.com
17
    PATRICK C. BAGEANT (Pro Hac Vice)
18  SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
19  Seattle, WA 98101-3000
    Telephone: 206-516-3880
20  Facsimile: 206-516-3883
    pbageant@susmangodfrey.com
21
    *Attorneys for Plaintiff*
22  *AMERICAN NAVIGATION SYSTEMS, INC.*

23

24

25

26

27

28
                                                STIPULATION AND [PROPOSED]
                                                ORDER SUPPLEMENTING THE JOINT
                        - 2 -                   CASE MANAGEMENT STATEMENT
                                                NO. 3:14-CV-05297-JST

1

**ATTORNEY ATTESTATION**

2          Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in

3   the filing of this document has been obtained from each of its signatories.

4

5          Dated: March 16, 2015                    By: _/s/ Michael D. Jay_____
                                                          Michael D. Jay

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER SUPPLEMENTING THE JOINT
CASE MANAGEMENT STATEMENT
NO. 3:14-CV-05297-JST

1

**CASE MANAGEMENT ORDER**

2
      The above STIPULATION AND PROPOSED ORDER SUPPLEMENTING THE

3
JOINT CASE MANAGEMENT STATEMENT is Approved and all parties shall comply with

4
its Provisions.

5
      IT IS SO ORDERED.

6

7
      Dated: March 17, 2015

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED]
ORDER SUPPLEMENTING THE JOINT
CASE MANAGEMENT STATEMENT
NO. 3:14-CV-05297-JST