BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:  (310) 752-2401
Facsimile:  (310) 752-2490

BOIES, SCHILLER & FLEXNER LLP
William D. Marsillo (*Pro Hac Vice* to be filed)
wmarsillo@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

*Attorneys for Defendant*
APPLE INC.

*[Additional Counsel list on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN NAVIGATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:14-cv-05297-JST <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING INTER PARTES REVIEW PROCEEDINGS** |

1      Plaintiff American Navigation Systems, Inc. ("AmNav") and Defendant Apple Inc.
2  ("Apple") hereby submit this stipulation and proposed order.
3      WHEREAS, on March 6, 2015, Apple, Samsung Electronics Co., Ltd. and Samsung
4  Electronics America, Inc. (collectively "Samsung"), and non-party Google Inc. filed two
5  petitions with the U.S. Patent and Trademark Office ("PTO") for administrative *inter partes*
6  review of asserted U.S. Patent No. 5,902,347 ("'347 Patent"), numbered IPR2015-00849 and
7  IPR2015-00851.
8      WHEREAS, "Courts have inherent power to manage their dockets and stay
9  proceedings, including the authority to order a stay pending conclusion of a PTO
10 reexamination." *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988) (internal
11 citations omitted); *Advanced Micro Devices, Inc. v. LG Elecs., Inc.*, No. 14–cv–01012–SI,
12 2015 WL 545534, at *2 (N.D. Cal. Feb. 9, 2015).
13     WHEREAS, Apple urges that it is in the interests of the Parties and the Court to stay
14 the above-captioned case pending final resolution of the *inter partes* review petitions and
15 associated proceedings pertaining to the '347 Patent.
16     WHEREAS, AmNav does not oppose a stay that would last until the PTO decides
17 whether to institute *inter partes* review (Dkt. No. 106).
18     IT IS HEREBY STIPULATED AND AGREED by and between AmNav and Apple,
19 and subject to the approval of the Court, that:[1]
20     1.   The entirety of this case shall be stayed pending the decision by the PTO
21 whether to institute *inter partes* review in response to the two petitions. If the PTO institutes
22 *inter partes* review, the stay will continue through final resolution in the PTO; in the event
23 that the PTO has not instituted *inter partes* review within the timeframe set forth by 35 U.S.C.
24 § 314(b), the stay will expire without further action by the Court.  All remaining hearings and
25 deadlines set forth in the Initial Scheduling Order (Dkt. No. 102) are therefore hereby

---

[1] Samsung and AmNav filed a substantively identical stipulation and proposed order in their case.

1  vacated.

2      2.    In the event the PTO (i) denies *inter partes* review on all petitioned grounds for
3  any claim of the '347 Patent, or (ii) dismisses an *inter partes* review proceeding in whole or
4  in part following institution, AmNav intends to file a motion requesting that the Court lift this
5  stay.  All briefing and argument pertaining to such a motion shall be conducted according to
6  the Federal Rules, Local Rules, and Standing Orders of this Court.

| | |
|---|---|
| Dated:    March 26, 2015 | Dated:    March 26, 2015 |
| By: __/s/ Barry Barnett_____ | By: __/s/ Michael D. Jay_____ |
| KALPANA SRINIVASAN (S.B. #237460)<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Telephone: 310-789-3100<br>Facsimile: 310-789-3150<br>ksrinivasan@susmangodfrey.com<br><br>BARRY BARNETT (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, Texas 75202<br>Telephone: 214-754-1900<br>Facsimile: 214-754-1933<br>bbarnett@susmangodfrey.com<br><br>MAX L. TRIBBLE, JR. (Pro Hac Vice)<br>JOSEPH S. GRINSTEIN (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002<br>Telephone: 713-651-9366<br>Facsimile: 713-654-6666<br>mtribble@susmangodfrey.com<br>jgrinstein@susmangodfrey.com<br><br>PATRICK C. BAGEANT (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Telephone: 206-516-3880<br>Facsimile: 206-516-3883<br>pbageant@susmangodfrey.com<br><br>*Attorneys for Plaintiff*<br>*AMERICAN NAVIGATION SYSTEMS, INC.* | BOIES, SCHILLER & FLEXNER LLP<br>Michael D. Jay (SBN 223827)<br>mjay@bsfllp.com<br>Bill Ward (SBN 246472)<br>bward@bsfllp.com<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Telephone:  (310) 752-2401<br>Facsimile:  (310) 752-2490<br><br>BOIES, SCHILLER & FLEXNER LLP<br>William D. Marsillo (*Pro Hac Vice* to be filed)<br>wmarsillo@bsfllp.com<br>333 Main Street<br>Armonk, NY 10504<br>Telephone:  (914) 749-8200<br>Facsimile:  (914) 749-8300<br><br>*Attorneys for Defendant*<br>APPLE INC. |

**ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: March 26, 2015    By: */s/ Michael D. Jay*
                              Michael D. Jay

1 | **CASE MANAGEMENT ORDER**

The above Stipulation Staying Case Pending Inter Partes Review Proceedings is Approved, and all parties shall comply with its Provisions.

IT IS SO ORDERED.

Dated: March 27, 2015

IT IS SO ORDERED

Judge Jon S. Tigar