1 | KALPANA SRINIVASAN (237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
bbarnett@susmangodfrey.com

(Additional Attorneys Listed Below the Signature)

*Attorneys for Plaintiff*
*American Navigation Systems, Inc.*

BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2401
Facsimile: (310) 752-2490

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN NAVIGATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:14-cv-05297-JST <br><br> **STIPULATION OF DISMISSAL AND** ~~**PROPOSED**~~ **ORDER** |

Plaintiff American Navigation Systems, Inc. ("AmNav") and defendant Apple, Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on March 6, 2015, Apple, along with non-parties Samsung Electronics America, Inc. and Google Inc., filed with the U.S. Patent and Trademark Office ("PTO") two petitions for *inter partes* review, numbered IPR2015-00849 and IPR2015-00851, of the claims of U.S. Patent No. 5,902,347 ("'347 Patent") that AmNav has asserted in this action.

WHEREAS, on September 20, 2016, the PTO issued a Final Written Decision in each of IPR2015-00849 and IPR2015-00851 cancelling all asserted claims of the '347 Patent.

WHEREAS, AmNav did not appeal the PTO's Final Written Decisions.

NOW, THEREFORE, AmNav and Apple stipulate that AmNav's claims for relief against Apple be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  December 19, 2016

SUSMAN GODFREY L.L.P.

By:   /s/ Barry Barnett
KALPANA SRINIVASAN (237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (*Pro Hac Vice*)
Texas Bar No. 01778700
MAX L. TRIBBLE, JR. (*Pro Hac Vice*)
Texas Bar No. 20213950
JOSEPH S. GRINSTEIN (*Pro Hac Vice*)
Texas Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
bbarnett@susmangodfrey.com
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

|   |   |
|---|---|
|   | PATRICK C. BAGEANT (275135)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>pbageant@susmangodfrey.com |
|   | *Attorneys for Plaintiff*<br>*American Navigation Systems, Inc.* |
| Dated:  December 19, 2016 | By:  /s/ Michael D. Jay<br>BOIES, SCHILLER & FLEXNER LLP<br>Michael D. Jay (SBN 223827)<br>mjay@bsfllp.com<br>Bill Ward (SBN 246472)<br>bward@bsfllp.com<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Telephone: (310) 752-2401<br>Facsimile: (310) 752-2490 |
|   | *Attorneys for Defendant Apple Inc.* |

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2016 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/  Michael D. Jay

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: December 20, 2016

4  _____
5  THE HONORABLE JON S. TIGAR
   UNITED STATES DISTRICT JUDGE

-4-